## Commonwealth *v.* Heggs, Appellant.

Submitted March 23, 1972. *Andrea*

*Levin* and *Francis W. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.